450 A.2d 220

Commonwealth v. Dennis, Appellant.

Submitted June 2, 1982. Aaron Charles Finestone, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Order and judgment of sentence affirmed.